IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LETONI WILSON, | § | |
| | § | No. 446, 2016 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1507000321 |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: April 12, 2017
Decided: April 26, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 26th day of April 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 14, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice